David TeSelle (#032057)
Joshua B. Abromovitz (#038401)
**BURG SIMPSON**
**ELDREDGE HERSH & JARDINE, P.C.**
2390 East Camelback Rd., Suite 403
Phoenix, Arizona 85016
Phone: (602) 777-7000
Fax: (602) 777-7008
azcourt@burgsimpson.com

# IN THE UNITED DISTRICT COURT DISTRICT OF ARIZONA

# IN AND FOR THE COUNTY OF PIMA

| | |
|---|---|
| Mark William Kelly,<br><br>Plaintiff,<br><br>v.<br><br>Pima County Sheriff's Department, Deputy Gina M. Lumia (Badge #7532), Supervisor Guy A. Marchal (Badge #5804), and James Hinkle, Desert Earth Contracting LLC., Richmond American Construction Inc.<br><br>Defendants. | Case No. CV-24-00001-TUC-CH(PSOT)<br><br>**RICHMOND AMERICAN CONSTRUCTION INC'S MOTION TO STRIKE PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANT RICHMOND AMERICAN'S MOTION TO DISMISS**<br><br>(Assigned to the Honorable Diane J. Humetewa) |

Defendant Richmond American Construction, Inc. ("Richmond") by and through undersigned counsel, hereby files its Motion to Strike Plaintiff's Motion in Opposition to Defendant Richmond American's Motion to Dismiss as follows:

On February 20, 2024, Richmond filed its Answer to Plaintiff's Second Amended Complaint. Subsequently, on March 8, 2024, Plaintiff filed an unwarranted reply to Richmond's Answer entitled "Plaintiff's Motion in Opposition to Defendant Richmond American's Motion to Dismiss."

As a threshold matter, Richmond has not yet filed a Motion to Dismiss in this case and assumes Plaintiff's mischaracterization is a clerical error. Plaintiff clearly intended to respond

to Richmond's Answer and proceeds to maintain the paragraphs in his Second Amended Complaint and dispute the paragraphs of Richmond's Answer.

Pursuant to Ariz. R. Civ. P. 7, a reply to an Answer is only permitted "if the court orders one". As this Court has not ordered Plaintiff to reply to Richmond's Answer, Plaintiff's filing is improper and should be stricken from the record. Accordingly, Richmond respectfully requests that the Court Strike Plaintiff's "Motion in Opposition to Defendant Richmond American's Motion to Dismiss" from the record.

RESPECTFULLY SUBMITTED this 28th day of March 2024.

                                    BURG SIMPSON
                                    ELDREDGE HERSH & JARDINE, P.C.

                                    By: /s/ *David K. TeSelle*
                                    David K. TeSelle
                                    Joshua B. Abromovitz
                                    2390 E. Camelback Road, Suite 403,
                                    Phoenix, Arizona 85016-9225
                                    *Attorneys for The Defendants*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 28th day of March 2024, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to the following CMECF registrants:

Mark Wiliam Kelly
P.O. Box 1215
Vail, AZ 85641
mark@kmaes.com
*Pro Per*

/s/ *Laura M. Ramirez*