**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark William Kelly, | No. CV-24-00001-TUC-CKJ |
| Plaintiff, | **ORDER** |
| v. | |
| Pima County Sheriff's Department, et al., | |
| Defendants. | |

This is one of two cases filed by Plaintiff involving allegations against multiple Defendants, including the Pima County Sheriff's Department, its officers, and private construction companies and their employees. In this action, Plaintiff generally alleges that he was in a public space, filming and live-streaming a Richmond Construction site, and its general contractor Desert Earth and its employees complained to the sheriff's department resulting in his removal from the public space and arrest. The action arose on January 18, 2022. The other action, CV 23-68 TUC-CKJ, involved the alleged removal of Plaintiff from a public sidewalk at the construction site on July 29, 2021, and subsequent interactions between Plaintiff and several Pima County Sheriffs Department deputies.

On December 19, 2024, Judge Martinez recused herself from this and Plaintiff's other cases, pursuant to 28 U.S.C. § 455(a), which requires recusal "'in any proceeding in which [her] impartiality might be reasonably questioned.'" (Order (Doc. 53) at 2 (quoting 28 U.S.C. § 455(a)). "This is true where there is an appearance of impropriety, whether or not such impartiality actually exists." (Order (Doc. 53) at 2.) The cases were all transferred

to this Court. Given the recusal, the Motion to Stay (Doc. 52) the action pending resolution of the recusal request filed in this case is moot.

In reviewing the record in this case, the Court notes on October 4, 2024, the Defendant, the Pima County Sheriff's Department, was dismissed as a non-jural entity. (Order (Doc. 50) at 6-9.) Likewise, the Court dismissed without prejudice Defendants Richmond Construction, Desert Earth, and their employees, *sua sponte,* because constitutional claims may only be brought against state actors. *Id.* at 10-15. The only remaining Defendants are Lumia and Marchel. The operative pleading is the Second Amended Complaint (Doc. 41), which is a noncompliant "marked-up" amended version of document 8. (Order (Doc. 50) at 1-6.)

On May 21, 2024, the Court stayed the case as against Defendants Marchel and Lumia under the Servicemembers' Civil Relief Act, 50 U.S.C.A. §§ 3932 and 3935, and extended their responsive pleading deadline to be 21 days after December 30, 2024. Because the October 4, 2024, Order established the operative SAC as document 41, not 8, and the recusal question resulted in delay, the Court resets the time for these Defendants to file responsive pleadings to the SAC (Doc. 41).

**Accordingly,**

**IT IS ORDERED** that the pending Motion to Stay Re: Recusal (Doc. 52) is DENIED AS MOOT.

**IT IS FURTHER ORDERED** that Defendants Marchel and Lumia shall file responsive pleadings 21 days from the filing date of this Order.

Dated this 8th day of January, 2025.

_____
Honorable Cindy K. Jorgenson
United States District Judge