**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark William Kelly, | No. CV-24-00001-TUC-CKJ |
| Plaintiff, | **ORDER** |
| v. | |
| Pima County Sheriff's Department, et al., | |
| Defendants. | |

Pursuant to the parties' Joint Request for Settlement Conference and Stipulation to Stay Case Deadlines to set a global settlement conference in Case Nos. CV-23-00068 TUC-CKJ, CV-23-00349 TUC-CKJ and CV-24-00001 TUC-CKJ, and good cause appearing for the settlement conference,

**Accordingly,**

**IT IS ORDERED** that Request for Settlement Conference and Stay (Doc. 55) is GRANTED IN PART AND DENIED IN PART.

**IT IS FURTHER ORDERED** that the cases, CV-23-00068 TUC-CKJ, CV-23-00349 TUC-CKJ and CV-24-00001 TUC-CKJ, are referred to Magistrate Judge Bruce G. Macdonald for a settlement conference to be held on Monday, February 24, 2025, at 9:30 am. All further directives related to the settlement conference shall be provided by the Magistrate Judge.

**IT IS FURTHER ORDERED** that the requested stay is DENIED. For various

1  reasons, the deadline for Defendants Marchel and Lumia to answer or otherwise respond
2  to the Second Amended Complaint has been extended several times, with the last due date
3  being January 29, 2025. The Court will grant one last extension of time, with the due date
4  for answering the SAC being 21 days from the date of entry by the Magistrate Judge of a
5  minute order reflecting that this case has not been resolved by settlement.

   Dated this 24th day of January, 2025.

*[signature]*
Honorable Cindy K. Jorgenson
United States District Judge